IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| CORTNEY AKRIDGE | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:13cv588 |
| | ) | |
| v. | ) | Judge Haynes |
| | ) | |
| RYAN MARTIN FINNEGAN, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter came before the Court upon the joint motion of the parties pursuant to Rule 62.1 of the Federal Rules of Civil Procedure, asking this Court to indicate its willingness to accept the limited remand from the Court of Appeals and proceed to: 1) dismiss all claims against Defendants Jared Picchiottino and Ryan Potts with prejudice; (2) enter the case management order attached to the joint motion setting new deadlines for proceedings in this Court against Defendant Ryan Finnegan; and (3) set a new trial date.

Having considered the parties' motion and the entire record, the Court is of the opinion, and so finds, that if the case is remanded to it by the Court of Appeals for the Sixth Circuit, it will grant the relief requested.

**IT IS, THEREFORE, ORDERED BY THE COURT** that if this case is remanded to the District Court by the Court of Appeals, this Court will grant the parties' joint motion pursuant to Rule 62.1 of the Federal Rules of Civil Procedure and proceed t:o 1) dismiss all claims against Defendants Jared Picchiottino and Ryan Potts with prejudice; (2) enter the case management order attached to the joint motion setting new deadlines for proceedings in this Court against Ryan Finnegan; and (3) set a new trial date.

ENTERED this _4th_ day of November, 2013.

                                                        Judge Haynes, United States District Court