IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| CORTNEY AKRIDGE | ) | |
| Plaintiff, | ) | Case No. 3:13cv588 |
| v. | ) | Judge Haynes |
| RYAN MARTIN FINNEGAN | ) | |
| Defendant. | ) | |

## MOTION FOR LEAVE TO TAKE DEPOSITION

Defendant, Ryan Finnegan pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure, moves for leave to schedule the deposition of Robert Merrell who is currently in the custody of the Davidson County Sheriff's Office ("DCSO"). Mr. Merrell was identified in Plaintiff's discovery responses as one of the passengers in Plaintiff's vehicle during the events that give rise to this lawsuit. The deposition will be taken at the Correctional Development Center-Male, 5113 Harding Place, Nashville, TN 37211 assuming Plaintiff is still housed at that facility at the time of the deposition. Undersigned counsel will work with the DCSO facility administrators to set the deposition on April 9, 2014 at 1:00 p.m., or in the event that a conflict arises at a date and time yet to be determined but prior to the discovery deadline in this case, which is April 30, 2014.

[Handwritten annotation: GRANTED This motion to Grant/Denied (illegible signature) 3-19-14]