IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CORTNEY AKRIDGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 3:13-cv-00588 |
| v. | ) Senior Judge Haynes |
| | ) |
| RYAN MARTIN FINNEGAN, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

In accordance with the Memorandum filed herewith, the Court **ADOPTS** the Report and Recommendation. (Docket Entry No. 86). Due to material factual disputes, the Defendant's motion for summary judgment (Docket Entry No. 53) is **DENIED** on Plaintiff's Fourth Amendment claim for a prolonged seizure and the Plaintiff's partial motion for summary judgment (Docket Entry No. 56) is also **DENIED**. Based upon Plaintiff's stipulation and lack of objection to the Magistrate Judge's Report and Recommendation, Plaintiff's Fourth Amendment claim for unreasonable search and his First Amendment retaliation claim are **DISMISSED with prejudice**.

The parties shall submit an Agreed Order for trial date.

It is so **ORDERED**.

ENTERED this the 22nd day of February, 2016.

_____
WILLIAM J. HAYNES, JR.
Senior United States District Judge